6

**FILED**

JAN 6 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JOSE RAMON TORRES HERRERA,<br><br>　　　　　　　Defendant. | Case No.　20CR0008-JM<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony) |

　　The United States Attorney charges:

　　On or about December 8, 2019, within the Southern District of California, defendant, JOSE RAMON TORRES HERRERA, did knowingly and intentionally import 5 kilograms and more, to wit: approximately 72.0 kilograms (158.73 pounds) of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

　　DATED:　1/6/20　.

　　　　　　　　　　　　　　　ROBERT S. BREWER, JR.
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　*/s/ C. Seth Askins*

　　　　　　　　　　　　　　　C. SETH ASKINS
　　　　　　　　　　　　　　　Assistant U.S. Attorney

CSA:kot:12/18/2019